Dismissed and Memorandum Opinion filed July 24, 2008








Dismissed
and Memorandum Opinion filed July 24, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00422-CV

____________

 

GBAK PROPERTIES, INC., Appellant

 

V.

 

PETER E. PRATT, JR., Appellee

 



 

On Appeal from the
270th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-36647

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 3, 2008.  On July 14, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
24, 2008.

Panel consists of Justices Yates, Anderson, and Brown.